Bliss, JJ., concur; Crapser and McNamee, JJ., dissent on the ground that claimant was not engaged in rendering any service to her employer at the time of the accident.

In the Matter of the Claim of MICHAEL McARDLE, Respondent, against HOLDS-WORTH BROTHERS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JOHN KASKEL, an Infant, by FELIX KASKEL, His Guardian ad Litem, Respondent, v. CITY OF TROY, Appellant, and BOARD OF EDUCATION OF THE CITY OF TROY, Defendant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

ALICE M. MOORE, Respondent, v. ROBERT P. MAGE, Appellant. CLARENCE J. MOORE, Respondent, v. ROBERT P. MAGE, Appellant.— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ST. LAWRENCE COUNTY FARMERS' INSURANCE COMPANY, Appellant, v. ETHEL THOMPSON, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the CENTRAL BANK OF ALBANY, N. Y., in Liquidation. In the Matter of the Application of JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent, for Instructions in Reference to the Transfer of Certain Stocks; JAMES E. GLAVIN and Others, Appellants.— Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the CENTRAL BANK OF ALBANY, N. Y., in Liquidation. In the Matter of the Application of JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent; JAMES E. GLAVIN and Others, Appellants.— Order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

SARAH E. CROUNSE, Respondent, v. W. E. DRISLANE COMPANY, Appellant. MILTON B. CROUNSE, Respondent, v. W. E. DRISLANE COMPANY, Appellant.— Judgments and orders reversed, on the law and facts, and new trial granted, with costs to the appellant, in one action, to abide the event. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

MARION CARNEVALE, as Administratrix, etc., of BRUNO CARNEVALE, Deceased, Appellant, v. LESLIE BARBER, Respondent.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

NORA HORTON, Appellant, v. THE STATE OF NEW YORK, Respondent. HAROLD HORTON, Appellant, v. THE STATE OF NEW YORK, Respondent. GEORGE MAHON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JACK HARLOWE, Respondent, v. WILBUR OTTO and Another, Appellants. EVELYN M. HEALEY, an Infant, by THOMAS A. HEALEY, Her Guardian ad Litem, Respondent, v. WILBUR OTTO and Another, Appellants. THOMAS A. HEALEY, Respondent, v. WILBUR OTTO and Another, Appellants. ETHEL A. PODVIN, Respondent, v. WILBUR OTTO and Another, Appellants.— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.